594

470 A.2d 1028

Commonwealth v. Grumbine, Jr., Appellant.

Submitted November 7, 1983. Robert Henry Grumbine, appellant, in propria persona; Anthony Behe, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

Order affirmed.

470 A.2d 1028

Commonwealth v. Hartley, Appellant.

Submitted November 15, 1983. Lewis J. Bott, Assistant Public Defender, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BROSKY and HOFFMAN, JJ.

Judgment of sentence affirmed.